Feb. 22, 2010

Honorable William B. Anderson
United States Bankruptcy Court
Western District of Va.
1101 Court Street
Room 166
Lynchburg, Va. 24504

Sir:

I'm writing to you concerning Case #08-61819. I don't think I am being represented as I should be in this case & I would like to have Stephen E. Dunn dismissed as my attorney.

Our (Home) was never to be included in this Bankrupcy (As per a Conversation Between Stephen Dunn & Mr. Robert L. Poindexter)

We now have a Communication problem with our Mortgage co. and also Stephen Dunn & his office. Hope this can be brought to Court & resolved.

Thanks
Annie K. Poindexter

Annie K. Poindexter
621 Eldon Rd.
Appomattox VA 24522

C.C. to Herbert I. Beskin
Stephen E. Dunn

[FILED LYNCHBURG, VA US BANKRUPTCY COURT  FEB 26 2010  BY DEPUTY CLERK]